UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Food Valley Gourmet Deli Inc.,

                    Plaintiff,

       -against-

United States of America, et al.,

                    Defendants.

25-CV-8154 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      The complaint in this case was filed on October 2, 2025. Service was due on December 31, 2025, 90 days after the action was filed. Fed. R. Civ. P. 4(m). To date, no proof of service has been filed on the docket.

      Plaintiff is ordered to either voluntarily dismiss the action or show good cause why the period for service should be extended. Should plaintiff fail to do either within 14 days of this order, the Court may dismiss the action *sua sponte*.

      The initial pretrial conference, currently scheduled for Tuesday, January 6, 2026, is hereby CANCELLED.

      SO ORDERED.

Dated: January 2, 2026
      New York, New York

                                        ARUN SUBRAMANIAN
                                  United States District Judge