UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Food Valley Gourmet Deli Inc.,<br><br>         Plaintiff,<br><br>-against-<br><br>United States of America et al.,<br><br>         Defendants. | 25-CV-8154 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     The parties are directed to meet and confer and file a joint letter and case management plan and scheduling order, as described in Dkt. 6, within 14 days of this order.

     SO ORDERED.

Dated: January 20, 2026
      New York, New York

                         ARUN SUBRAMANIAN
                   United States District Judge